```
                   UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION
```

AWA ARCHITECTS, INC.,
a Texas corporation

    Plaintiff,                         Case No. 1:06-CV-0520

v

                                    Hon. Hugh W. Brenneman, Jr.

ROBERT DeJONGE and
TRIANGLE ASSOCIATES, INC.,
a Michigan corporation

    jointly and severally
    Defendants.

___

### ORDER DISMISSING DEFENDANT TRIANGLE ASSOCIATES, INC.

HAVING COME to the attention of the Court pursuant to the stipulation of the parties and the parties having agreed to entry of this Order:

**IT IS HEREBY ORDERED** that this matter shall be **dismissed with prejudice** against Defendant, Triangle Associates, Inc. is GRANTED.

Entered:  January 9, 2008      /s/ Hugh W. Brenneman, Jr.
                                        Hugh W. Brenneman, Jr.
                                        U.S. Magistrate Judge