```
              UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF MICHIGAN
                    SOUTHERN DIVISION
```

AWA ARCHITECTS, INC.,
a Texas corporation

    Plaintiff,                     Case No. 1:06-CV-0520

v

                                  Hon. Hugh W. Brenneman, Jr.

ROBERT DeJONGE and
TRIANGLE ASSOCIATES, INC.,
a Michigan corporation

    jointly and severally
    Defendants.

---

### **ORDER DISMISSING DEFENDANT ROBERT DEJONGE.**

HAVING COME to the attention of the Court pursuant to the stipulation of the parties and the parties having agreed to entry of this Order:

**IT IS HEREBY ORDERED** that this matter shall be **dismissed with prejudice** against Defendant, ROBERT DEJONGE is GRANTED.

Entered:  January 10, 2008                /s/ Hugh W. Brenneman, Jr.
                                               Hugh W. Brenneman, Jr.
                                                 U.S. Magistrate Judge